UNITED STATES of America,
Plaintiff–Appellee,

v.

Jesse Lee HOWARD, Defendant–
Appellant.

United States of America,
Plaintiff–Appellee,

v.

Jose Luis Farias–Blanco, Defendant–
Appellant.

United States of America,
Plaintiff–Appellee,

v.

Jose Angel Cedillos, Defendant–
Appellant.

United States of America,
Plaintiff–Appellee,

v.

Robert Herman Boulies, Defendant–
Appellant.

United States of America,
Plaintiff–Appellee,

v.

Daniel Rivera–Gonzalez, Defendant–
Appellant.

United States of America,
Plaintiff–Appellee,

v.

Jorge Pineda–Fernandez, a/k/a Jorge
Peneda, Defendant–Appellant.

United States of America,
Plaintiff–Appellee,

v.

Randolph Arthur Cisneros,
Defendant–Appellant.

United States of America,
Plaintiff–Appellee,

v.

Cornelio Garcia–Chavez, Defendant–
Appellant.

United States of America,
Plaintiff–Appellee,

v.

Jose Cabanillas–Nunez, a/k/a Jose
Arsenio Cabanillas, Jose Arencio
Nunez, Defendant–Appellant.

United States of America,
Plaintiff–Appellee,

v.

Raymond Flores, Defendant–Appellant.

United States of America,
Plaintiff–Appellee,

v.

Christian Raudales, Defendant–
Appellant.

United States of America,
Plaintiff–Appellee,

v.

Miguel Lencia, Defendant–Appellant.

United States of America,
Plaintiff–Appellee,

v.

Raymond Cazares, Defendant–
Appellant.

United States of America,
Plaintiff–Appellee,

v.

Vernon Crocker, Defendant–Appellant.

United States of America,
Plaintiff–Appellee,

v.

Lorena Gallardo, Defendant–Appellant.

United States of America,
Plaintiff–Appellee,

v.

Jeffrey Darryl Wafer, Defendant–
Appellant.

United States of America,
Plaintiff–Appellee,

v.

Pedro F. Sandoval–Sandoval,
Defendant–Appellant.

United States of America,
Plaintiff–Appellee,

v.

Carlos Alvarez, Defendant–Appellant.

Nos. 03–50524 to 03–50527,
03–50532 to 03–50536.

United States Court of Appeals,
Ninth Circuit.

March 27, 2007.

Becky S. Walker, Esq., Patrick R. Fitzgerald, Esq., USLA—Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Carlton Frederick Gunn, Esq., FPDCA—Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before MARY M. SCHROEDER, Chief Judge, RONALD M. GOULD and RICHARD R. CLIFTON, Circuit Judges.

## ORDER

The opinion filed September 15, 2006, slip op. 11417, and appearing at 463 F.3d 999 (9th Cir.2006) is withdrawn. A new opinion is being filed this date in its stead. The Petition for Rehearing and Petition for Rehearing En Banc are otherwise DENIED.